IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO MAESTAS, CHAD HENRY,
and ERIKA HENRY,

    Plaintiffs,

v.                                                                                          No. 14-cv-0631 GBW/SMV

CIMAREX ENERGY CO.; T&T TRANSPORTS, INC.;
HALLIBURTON ENERGY SERVS., INC.;
STEPHEN THERIAUL; JAMES HUMES;
BOB MOSS; JOSE GARZA; DONALD JOHNSON;
JAMES HARRIS; MIKE KELLY;
and JOHN or JANE DOES 1–5;

    Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**Date and time**:     August 14, 2014, at 10:00 a.m.

**Matter to be heard**:  Case status

A telephonic status conference is hereby set for **August 14, 2014, at 10:00 a.m.** Parties shall call Judge Vidmar's Teleconference Line at **(215) 446-3656**, using code **4382538**, to connect to the proceedings.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**