IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ANTONIO MAESTAS, CHAD HENRY,
and ERIKA HENRY,

    Plaintiffs,

v.                                                                                                No. 14-cv-0631 GBW/SMV

CIMAREX ENERGY CO.; T&T TRANSPORTS, INC.;
CASEDHOLE SOLUTIONS, INC.;
HALLIBURTON ENERGY SERVS., INC.;
STEPHEN THERIAULT; JAMES HUMES;
BOB MOSS; JOSE GARZA; DONALD JOHNSON;
JAMES HARRIS; MIKE KELLY;
and JOHN or JANE DOES 1–5;

    Defendants.[1]

## ORDER

THIS MATTER is before the Court on three motions that were filed prior to the removal of this action to federal court.[2]  Plaintiffs filed their Motion for Leave to File Amended Complaint, [Doc. 6] at 50–69, in state court on June 30, 2014.  No response was filed in state court or in this Court, and Plaintiffs filed their Notice of Completion of Briefing on July 28, 2014.  [Doc. 24].  Also on June 30, 2014, in state court, Defendants Halliburton and Cimarex each moved to amend their respective answers.  [Doc. 6] at 3–31 (Halliburton's motion); [Doc. 6] at 32–49 (Cimarex's motion).  No response was filed in state court or in this Court to either motion, and time for doing so has passed.  The Court, having reviewed the motions, the

---

[1] Summary judgment was granted in favor of Defendants T&T Transports, Inc. and Jose Garza on all claims on August 11, 2014.  [Doc. 36].

[2] This action was removed July 9, 2014.  [Doc. 1].

record, the relevant law, and being otherwise fully advised in the premises, will grant Plaintiff's Motion and deny as moot both Halliburton's motion and Cimarex's motion.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that Plaintiffs' Motion for Leave to File Amended Complaint [Doc. 6] at 50–69 is GRANTED. Plaintiffs may file their First Amended Complaint no later than **August 28, 2014**.

**IT IS FURTHER ORDERED** that Defendant Halliburton Energy Services, Inc.'s . . . Motion for Leave to File Its Second Amended Answer [Doc. 6] at 3–31 is **DENIED as moot**. Halliburton will necessarily have to amend its answer when responding to Plaintiff's First Amended Complaint.

**IT IS FURTHER ORDERED** that Defendant Cimarex's Motion for Leave to File an Amended Answer [Doc. 6] at 32–49 is **DENIED as moot**. Cimarex will necessarily have to amend its answer when responding to Plaintiff's First Amended Complaint.

**IT IS SO ORDERED.**

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**