IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO MAESTAS, as Personal Representative
Of the Wrongful Death Estate of JOHNNY HENRY,
Deceased,

    Plaintiffs,

v.                               No.: 2:14-cv-00631 GBW-SMV

CIMAREX ENERGY CO.,
HALLIBURTON ENERGY SERVICES, INC.,

    Defendants.

## UNOPPOSED ORDER SUBSTITUTING MICHAEL BRENNAN AS PERSONAL REPRESENTATIVE OF THE WRONGFUL DEATH ESTATE OF JOHNNY HENRY

This matter having come before the Court upon Plaintiffs Unopposed Motion to Substitute Personal Representative of the Wrongful Death Estate of Johnny Henry, and this Court being fully advised in the premises finds that the Motion is well taken.

IT IS HEREBY ORDERED THAT:

1. Antonio Maestas is removed as the appointed Personal Representative of the Wrongful Death Estate of Johnny Henry.

2. Mr. Michael W. Brennan, Brennan & Sullivan, PA, 128 East De Vargas, Santa Fe, NM 87501, will assume the role of the Court Appointed Personal Representative as the Wrongful Death Estate of Johnny Henry.

3. All previous discovery verified by Personal Representative Maestas in this matter are endorsed by Personal Representative Brennan as original answers and responses.

**SIGNED AND ENTERED** this ___13th___ day of May, 2015.

_____
**UNITED STATES MAGISTRATE JUDGE**

Respectfully submitted and approved,

BRUSUELAS & ASSOCIATES, PC

By: */s/ Kimberly Brusuelas*
Kimberly Brusuelas, Esq.
1015 5th St. NW
Albuquerque, NM 87102
(505) 247-9333
(505) 247-9292 (FAX)
kim@fifthstreetlaw.com
*Attorney for Plaintiff*


Approved,


Approved Via Email on 5/13/15
_____
Mr. Danny M. Needham
Mr. Christopher W. Weber
Mulin, Hoard & Brown, LLP
500 South Taylor, Ste 800
Amarillo, TX 79120-1656
cweber@mhba.com
dmneedham@mhba.com



Approved Via Email on 5/13/15
_____
Mr. Ryan Sanders
Ms. Monica Garcia
Butt Thornton & Baehr PC
PO Box 3170
Albuquerque, NM 87190
rtsanders@btblaw.com
mrgarcia@btblaw.com

2