IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MICHAEL BRENNAN, as Personal Representative
of the Wrongful Death Estate of JOHNNY HENRY,
Deceased,

       Plaintiff,

vs.                                 No. 2:14-cv-00631 GBW-SMV

CIMAREX ENERGY CO. and
HALLIBURTON ENERGY SERVICES, INC.,

       Defendants.

## STIPULATED CONFIDENTIALITY ORDER

THIS MATTER comes before the Court upon the parties' stipulation, to protect the confidentiality of documents contained in Defendants' personnel files, produced in response to the Plaintiff's discovery requests, as well as all other confidential documents produced in this suit. This Court finds the Motion should be GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED as follows:

1.     All documents that contain confidential, proprietary, and financial information contained in Defendants' personnel files and produced by the Defendants in response to the Plaintiff's discovery requests are confidential and will be marked "Confidential."

2.     Other documents that contain confidential, proprietary and financial information may be marked as "Confidential".

3.     All documents marked as "Confidential", shall be treated as confidential, and may only be used in connection with the above captioned lawsuit.  These confidential documents may only be shown to those persons necessary to a prosecution or defense of this lawsuit, including

paralegals, legal assistants, other law office staff member of representative counsel and experts, as necessary, and may not be viewed by any person for any reason who is not a party or a witness to this lawsuit, other than those persons identified above.  The person/entity claiming a document as "confidential" has the sole responsibility to mark the document "confidential." Documents not marked "confidential" are not to be treated as confidential for any purpose, whether under this order or otherwise.

4.     Any person who examines confidential documents in connection with this lawsuit shall not disseminate any of the information contained in those documents orally, in writing, or by any other means, to any other person who is not authorized to view the confidential documents under the terms of this Order.

5.     The confidential documents in this lawsuit may be photocopied and reproduced, but only for the purposes of this lawsuit, and not for any other purpose.

6.     Should any party dispute the designation of an item as confidential, whether it is a document, testimony, or otherwise, said party shall bring the dispute to the attention of the Court by filing a Motion.  For those items to which the designation is disputed, the party shall submit them to the Court *in camera* for review and shall not attach, file, or otherwise publish the item prior to the Court's ruling.

6.     Once this lawsuit has concluded, all confidential documents, including any photocopies and reproductions of the confidential documents, shall be returned to the producing party within four (4) weeks of the conclusion of the lawsuit.

7.     Nothing contained herein shall prevent any party in this lawsuit from presenting confidential documents covered under this Order to this Court or any mediator, in briefs or oral testimony, or using the confidential documents at trial, deposition, or mediation proceedings.

**IT IS SO ORDERED.**

_____
STEPHAN M. VIDMAR
United States Magistrate Judge

Approved and Submitted,

Butt Thornton & Baehr PC


 _  /s/ Ryan T. Sanders _____
Monica R. Garcia
Ryan T. Sanders
Attorneys for Defendant Cimarex Energy Co.
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777
rtsanders@btblaw.com
mrgarcia@btblaw.com

Approved:

 /s/ Kimberly Brusuelas _____
Kimberly Brusuelas, Esq.
Brusuelas & Associates, PC
Attorney for Plaintiffs
kim@fifthstreetlaw.com



 /s/ Chris Weber_____
Danny M. Needham, Esq.
Chris Weber, Esq.
Mullin Hoard & Brown, L.L.P.
Attorneys for Defendant Halliburton Energy Services, Inc.
dmneedham@mhba.com
cweber@mhba.com